**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EARL DIXON, individually & on behalf of others similarly situated | : : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| JEFFERSON CAPITAL SYSTEMS, LLC, And UNIFIN, INC., | : : | NO. 1:19-cv-2457-JMS-DML |
| Defendants. | : | |

> Dismissal with prejudice for Mr. Dixon's claim, and without prejudice for any class claim acknowledged [192].
> JMS, DJ 6/23/22
> Distribution via ECF

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss Plaintiff's individual claims with prejudice and Plaintiff's class action claims without prejudice, and without costs, attorney fees or sanctions to any party.

Respectfully submitted,

**KELLER LAW**       **HINSHAW & CULBERTSON, LLP**

By: */s/ Duran L. Keller*     By: */s/ Justin M. Penn (with consent)*
Duran L. Keller, 31743-79     Justin M. Penn
P. O. Box 1248     151 N. Franklin St – Ste 2500
Lafayette, IN 47902     Chicago, IL 60606
Telephone: (765) 444-9202     (312) 704-3000 Telephone
duran@kellerlawllp.com     jpenn@hinshawlaw.com

*Attorney for Plaintiff*     *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing papers was served upon all parties via CM/ECF.

*/s/ Duran Keller*
Duran Keller
*Attorney for Plaintiff*

Date: June 22, 2022